IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEVEN J. HAYS                                                                                          PLAINTIFF

v.                                              Case No. 5:14-CV-05071

CITY OF GENTRY, ARKANSAS                                                              DEFENDANT

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 6) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to state a claim and because the asserted claims are not presently cognizable under 42 U.S.C. § 1983.

Judgment will be entered accordingly.

IT IS SO ORDERED this 2nd day of June, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE